UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HECKLER & KOCH, INC. and HECKLER & KOCH GMBH, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> GERMAN SPORT GUNS GMBH and AMERICAN TACTICAL IMPORTS, INC., <br><br> Defendants/Counterclaimants, <br> -------------------------------------- <br> GERMAN SPORT GUNS GMBH and AMERICAN TACTICAL IMPORTS, INC., <br><br> Counterclaimants, <br><br> v. <br><br> G. WAYNE WEBER and NIELS IHLOFF, <br><br> Additional Counterdefendants. | Case No. 1:11-CV-1108-SEB-TAB |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

Plaintiffs/Counterdefendants Heckler & Koch, Inc. and Heckler & Koch GmbH, Defendants

German Sport Guns GmbH and American Tactical Imports, Inc., and Additional

Counterdefendants G. Wayne Weber and Niels Ihloff, jointly stipulate that all claims and

counterclaims be dismissed with prejudice, with each party to bear its own fees and costs.

Dated:  9/16/2015

s/ Jonathan Polak

Jonathan G. Polak
Tracy N. Betz
Anne L. Cowgur
M. Zach Gordon
Melissa Gardner
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Telephone: (317) 713-3500
jpolak@taftlaw.com
tbetz@taftlaw.com
acowgur@taftlaw.com
zgordon@taftlaw.com
mgardner@taftlaw.com

Darlene R. Seymour
1292 E. 91st Street
Indianapolis, IN 46240
Telephone: (317) 818-0523
dseymour@ce-ip.com

*Attorneys for Plaintiffs/Counterdefendants
Heckler & Koch, Inc. and Heckler & Koch
GmbH and Additional Counterdefendants
Niels Ihloff and G. Wayne Weber*

 s/ Charles Landrum (with permission)

Douglas B. Bates (Supreme Ct. No. 16355-10)
Neal Bailen (Supreme Court No. 26246-53)
Bruce B. Paul (Supreme Court No. 25731-10)
STITES & HARBISON, PLLC
323 East Court Avenue
Jeffersonville, IN 47130
Telephone: (812) 282-7566
dbates@stites.com
nbailen@stites.com
bpaul@stites.com

Jason M. Sneed *(admitted pro hac vice)*
Charles M. Landrum III *(admitted pro hac vice)*
SNEED PLLC
610 Jetton St., Suite 120-107
Davidson, NC 28036
Telephone: (704) 779-3611
JSneed@SneedLegal.com
CLandrum@SneedLegal.com

*Attorneys for Defendants / Counterclaimants
German Sport Guns GmbH and American
Tactical Imports, Inc.*